FILED

05/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0068

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0068

ASHLEY LeANNE TINTINGER,

      Petitioner and Appellee,

v.

SAMUEL VERNON TINTINGER,

      Respondent and Appellant.

## ORDER

Upon consideration of Appellee's unopposed motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including July 5, 2024, within which to prepare, file, and serve Appellee's Response brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 21 2024